UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAYDELL WYATT,

    Plaintiff,

vs                                                      Case No: 16-13312
                                                        Honorable Victoria A. Roberts

SAFEGUARD PROPERTIES LLC,
BJERK & BJERK MANAGEMENT LLC,
BJERK & BJERK PROPERTY MANAGEMENT
LLC, AND JPMORGAN CHASE BANK, NA.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION
FOR TEMPORARY RESTRAINING ORDER (DOC. #3)**

        Plaintiff filed the above-entitled motion.  Fed. R. Civ. P. 65(b)(1) authorizes a Court to enter a Temporary Restraining Order only if specific facts are set forth in an affidavit or verified complaint clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition.

        Neither an affidavit or verified complaint has been filed.

        The motion is **DENIED**.

                                                        S/Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated:  September 14, 2016

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Laydell Wyatt by electronic means or U.S. Mail on September 14, 2016.

s/Linda Vertriest
Deputy Clerk